IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DALE ALONZO COPEMANN,

    Plaintiff,

v.                                  CASE NO. 1:11cv75-SPM/GRJ

NANCY BRIEL, LESLIE GARRISON
SHERYLLE BUEHLER, GABE
HAMLETTE, and PAM JOHNSON,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated May 6, 2011 (doc. 4).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2. The Motion to Proceed In Forma Pauperis (doc. 2) is denied.

3. This case is dismissed for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 8th day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO. 1:11cv75-SPM/GRJ